APPEAL,CLOSED,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–03988–TSC</u>
### *Internal Use Only*

MOON v. SATAN et al

Assigned to: Judge Tanya S. Chutkan

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/13/2025

Date Terminated: 01/12/2026

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**ADRIAN DAMICO MOON**

represented by **ADRIAN DAMICO MOON**
611 Pennsylvania Avenue SE #310
Washington, DC 20003
(771) 215–8153
PRO SE

V.

**<u>Defendant</u>**

**SATAN**
*a spiritual being and being sued in his official capacity as Ruler of This World*
*also known as*
LUCIFER

**<u>Defendant</u>**

**DONALD JOHN TRUMP**
*an individual and being sued in his official capacity as President of the United States of America*

**<u>Defendant</u>**

**GAIL MACDONALD MARCHIONE**
*an individual and being sued in her official capacity as courtroom clerk for Judge Indira Talwani*

**<u>Defendant</u>**

**SAVANNAH COOK**
*an individual and being sued in her official capacity as Docket Clerk for Judge Indira Talwani*

**<u>Defendant</u>**

1

**BRIAN LAWRENCE SCHWALB**
*an individual and being sued in his*
*official capacity as Attorney General for*
*DC*

**Defendant**

**DOES 1 THROUGH 350**
*inclusively*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2025 | 1 | COMPLAINT against SATAN, DONALD JOHN TRUMP, SAVANNAH COOK, GAIL MACDONALD MARCHIONE, BRIAN LAWRENCE SCHWALB, and DOES 1 THROUGH 350 filed by ADRIAN DAMICO MOON. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (zjd) (Entered: 11/18/2025) |
| 11/13/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by ADRIAN DAMICO MOON. (zjd) (Entered: 11/18/2025) |
| 11/13/2025 | | **Initiating Pleading & IFP Application Received.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zjd) (Entered: 11/18/2025) |
| 11/18/2025 | 3 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (znmw) (Entered: 11/20/2025) |
| 11/19/2025 | 4 | MOTION to Expedite by ADRIAN DAMICO MOON. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 11/20/2025) |
| 11/19/2025 | 5 | NOTICE of Pro Se Appearance by ADRIAN DAMICO MOON (znmw) (Entered: 11/20/2025) |
| 11/19/2025 | 6 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (Attachments: # 1 Supplement, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(znmw) (Entered: 11/20/2025) |
| 11/20/2025 | 7 | REQUEST FOR SUMMONS TO ISSUE filed by ADRIAN DAMICO MOON. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons)(znmw) (Entered: 12/02/2025) |
| 11/21/2025 | 8 | ERRATA re 1 COMPLAINT against All Defendants filed by ADRIAN DAMICO MOON. (Attachments: # 1 Summons)(znmw) Modified event title on 12/2/2025 (znmw). (Entered: 12/02/2025) |
| 11/22/2025 | 9 | NOTICE to the Court by ADRIAN DAMICO MOON (znmw) (Entered: 12/02/2025) |
| 11/22/2025 | 10 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (Attachments: # 1 Summons)(znmw) (Entered: 12/02/2025) |
| 11/26/2025 | 11 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (Attachments: # 1 Summons)(znmw) (Entered: 12/02/2025) |
| 12/01/2025 | 12 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(znmw) (Entered: 12/02/2025) |

| 12/01/2025 | 13 | MOTION for Recusal by ADRIAN DAMICO MOON. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 12/02/2025) |
| 12/01/2025 | 14 | MOTION to Expedite re 13 MOTION for Recusal by ADRIAN DAMICO MOON. (znmw) (Entered: 12/02/2025) |
| 12/04/2025 | 15 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (Attachments: # 1 Summons)(znmw) (Entered: 12/10/2025) |
| 12/05/2025 | 16 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (znmw) (Entered: 12/10/2025) |
| 12/05/2025 | 17 | NOTICE OF RELATED CASE by ADRIAN DAMICO MOON. (Attachments: # 1 Supplement)(znmw) (Entered: 12/10/2025) |
| 12/07/2025 | 18 | NOTICE OF RELATED CASE by ADRIAN DAMICO MOON. (znmw) (Entered: 12/10/2025) |
| 12/08/2025 | 19 | NOTICE OF RELATED CASE by ADRIAN DAMICO MOON. (Attachments: # 1 Supplement)(znmw) (Entered: 12/10/2025) |
| 12/09/2025 | 20 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (znmw) (Entered: 12/10/2025) |
| 12/09/2025 | 21 | NOTICE of Motion to Consolidate by ADRIAN DAMICO MOON (znmw) (Entered: 12/10/2025) |
| 12/11/2025 | 22 | ERRATA by ADRIAN DAMICO MOON re 1 Complaint. (znmw) (Entered: 12/12/2025) |
| 12/23/2025 | 23 | MOTION for Leave to File by ADRIAN DAMICO MOON. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 12/30/2025) |
| 12/23/2025 | | Filing fee received: $ 405, receipt number: 211026. (zjd) (Entered: 12/30/2025) |
| 12/23/2025 | | Case Randomly Assigned to Judge Tanya S. Chutkan.(zjd) (Entered: 12/30/2025) |
| 12/31/2025 | | Summons (4) Issued as to SAVANNAH COOK, GAIL MACDONALD MARCHIONE, BRIAN LAWRENCE SCHWALB, and DONALD JOHN TRUMP. (zjd) (Entered: 12/31/2025) |
| 01/03/2026 | 24 | Ex Parte, MOTION for Order by ADRIAN DAMICO MOON. (Attachments: # 1 Text of Proposed Order)(zjm) (Entered: 01/07/2026) |
| 01/06/2026 | 26 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Text of Proposed Order) (zjm) (Entered: 01/15/2026) |
| 01/07/2026 | 27 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Text of Proposed Order) (zjm) (Entered: 01/15/2026) |
| 01/07/2026 | 28 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Supplemental – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Text of Proposed Order) (zjm) (Entered: 01/15/2026) |
| 01/08/2026 | 29 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Supplemental – ADRIAN DAMICO MOON. Reason(s): Case is closed. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order) (zjm) (Entered: 01/15/2026) |
| 01/09/2026 | 25 | OPINION & ORDER: It is hereby ORDERED that Plaintiff's 1 Complaint is DISMISSED for lack of subject–matter jurisdiction and all pending motions are DENIED. The Clerk of the Court shall close this case. Signed by Judge Tanya S. Chutkan on 1/9/2026. (lcjb) (Entered: 01/09/2026) |
| 01/09/2026 | 30 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Declaration – ADRIAN DAMICO MOON. Reason(s): Case is closed. (zjm) (Entered: 01/15/2026) |
| 01/13/2026 | 31 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Notice – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Declaration) (zjm) (Additional attachment(s) added on 1/15/2026: # 2 Exhibit) (zjm). (Entered: 01/15/2026) |
| 01/14/2026 | 32 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion(s) – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Opinion & Order, # 2 Second Supplemental, # 3 Supplemental, # 4 Motion, # 5 Second Supplemental) (zjm) (Entered: 01/18/2026) |
| 01/15/2026 | 33 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Notice – ADRIAN DAMICO MOON. Reason(s): Case is closed. (zjm) (Entered: 01/21/2026) |
| 01/18/2026 | 34 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Declaration – ADRIAN DAMICO MOON. Reason(s): Case is closed. (zjm) (Entered: 01/21/2026) |
| 01/20/2026 | 35 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Supplemental Evidence – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Text of Proposed Order) (zjm) (Entered: 02/03/2026) |
| 01/27/2026 | 36 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion for Leave of Cour for Order – ADRIAN DAMICO MOON. Reason(s): Case is closed. (Attachments: # 1 Text of Proposed Order) (zjm) (Entered: 02/03/2026) |
| 02/10/2026 | 37 | ORDER: Leave to file is GRANTED with respect to ECF No. 31 and DENIED with respect to ECF Nos. 26 , 27 , 28 , 29 , 30 , 32 , 33 , 34 , 35 , and 36 . ECF No. 31 is construed as a Motion for Leave to Appeal in Forma Pauperis, and it is hereby DENIED. The Clerk of the Court shall transmit a copy of this Order to the Clerk of the U.S. Court of Appeals for the D.C. Circuit. *See* Fed. R. App. Pro. 24(a)(4). Plaintiff is hereby WARNED that if he continues to flood the court with frivolous motions, the court will direct the Clerk of the Court to stop accepting his filings in this case. Plaintiff is further WARNED to stop his harassing calls and emails to members of the courts staff. Finally, Plaintiff is ORDERED to stop putting the court's signature on fake orders that the court never signed. See Order for further details. Signed by Judge Tanya S. Chutkan on 2/10/2026. (lcjb) (Entered: 02/10/2026) |
| 02/10/2026 | 38 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 25 Order,, Memorandum & Opinion,, Terminate Motions, by ADRIAN DAMICO MOON. Fee Status: No Fee Paid. (Attachments: # 1 Declaration, # 2 Exhibit)(zjm) (Entered: 02/13/2026) |

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave , SE, #310
Washington , D.C. 20003
Cell (771) 215-8153   admoon172@gmail.com

Attorney For Plaintiff In Pro Se

### UNITED STATES DISTRICT COURT
### CIVIL AND CRIMINAL DIVISIONS
### IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** | Case No. ___1:25-cv-03988-TSC___ |
| Plaintiff, | Lead Identical Related Case No.: |
| | 2:20-cv-02991-DOC , U.S. Cent Dist. Ct.CA |
| **vs.** | 1:23-cv-1972-BAH, U.S. Dist. Ct, D.C. |
| | 1:25-cv-01451-ACR. U.S. Dist. Ct. D.C. |
| | 1:25-cv-03005-JMC, U.S. Dist. Ct. D.C. |
| **SATAN ET. AL.** | 1:25-CR-0087-TSC, U..S. Dist. Ct. D.C. |
| **DOES/ROES 1-350 INCLUSIVELY ,** | 1:25-cv-02678-ACR, U.S.Dist. Ct. . D.C. |
| | 3:25-cv-04870-CRB,  U.S.North.Dist. Ct. CA |
| Defendants | |
| | **Erroneously Assigned To Defendant Tanya Sue Chutkan, presiding** |
| | **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

**NOTICE OF CRIMINAL AND CIVIL DIRECT APPEAL AND MOTIONS TO DEEM APPELLANT MOON EXEMPT FOR PAYING DA FILING FILES AND MOTION TO DISQUALIFY ALL DA JUDICIAL OFFICERS OF DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA TO BE HEARD BY UNITED STATES CONGRESS AND MOTION TO ORDER LAWYERS FOR APPELLEES TO MAKE THEIR FIRST APPEARANCE BY FRIDAY JANUARY 16, 2026**

Notice is hereby given this 13th day of January 2026 that Plaintiff Adrian Damico Moon hereby appeals

to da United States Court of Appeal District of Columbia Circuit from da Judgment and Dismissal of

this court entered on da 9th day January 2026 and any subsequent orders. In favor of Defendants , Tanya

Sue Chutkan , and Crystal Love : against Plaintiff KING Adrian Damico Moon, 'daredeemer'.

Appellant Moon also request that da Court of Appeal issues orders that Appellant Moon is exempt from

**RECEIVED**

JAN 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**FROM DA KINGDOM OF Adrian 'daredeemer'**

**By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...**

paying filings fees , Lawyer for Appellees make a First Appearance by Friday, January 16, 2026 without

fail, that a hearing be set to disqualify all da judicial officers of da United States Court of Appeal, D.C.

Circuit during da week of January 19, 2026 . see, read, understand and consider da attached Motions

and orders incorporated by this reference.

DATED: January 13, 2026        by: _____

                KING Adrian Damico Moon, 'daredeemer' Attorney for Appellant in Pro se



**Adrian moon <admoon172@gmail.com>**

## MOON VS. SATAN ET.AL. CASE NO. 1: 25-cv03988-TSC " DEMAND TO VACATE , SET- ASIDE AND STRIKE VOIDABLE ORDER FILED ON JANUARY 9, 2026"

1 message

**Adrian moon** <admoon172@gmail.com>                                          Mon, Jan 12, 2026 at 1:10 PM
To: "Tanya S. Chutkan" <chutkan_chambers@dcd.uscourts.gov>, crystal_love@dcd.uscourts.gov
Cc: boasberg_chambers@dcd.uscourts.gov, brian.schwalb@dc.gov, SAVANNAH_COOK@mad.uscourts.gov,
gail_macdonald@mad.uscourts.gov, ANGELA_CAESAR@dcd.uscourts.gov, Jean-Claude Douyon <jean-
claude_Douyon@dcd.uscourts.gov>, MICHAEL_WINT@dcd.uscourts.gov, shedelle_dorsett@dcd.uscourts.gov, DCD Intake
<dcd_intake@dcd.uscourts.gov>, dcd_clerkofcourt_inbox@dcd.uscourts.gov, andriea_hill@dcd.uscourts.gov,
rebmaselteam@unitedtalent.com, info@judicialwatch.org, info@spacex.com, info@ap.org, info@obama.org,
info@newbetheldc.org, info@epwlawpllc.com, news@axios.com, newsroom@wtop.com, hello@westa.org, hello@wtop.com,
philip.gray@latimes.com, shelby.grad@latimes.com, graham.danzer@dc.gov, Eleanor Norton
<norton.casework@mail.house.gov>, charlona.barringtine@mail.house.gov, BRAD.ROSENBERG@usdoj.gov,
Congresswoman jasmine Crockett <jasmine.crockett@mail.house.gov>, civilandhumanrights@lacity.org,
tabitha.rosenthal@mail.house.gov, kian.k.azimpoor@usdoj.gov, brett.a.shumate@usdoj.gov,
news@washingtoninformer.com, rbass@dcnewsnow.com, WBTPC@yahoo.com, rwhite@dccouncil.gov, otpnewsdesk@icc-
cpi.int, obama.library@nara.gov, liaisonofficeny@icc-cpi.int, OutreachHQ@icc-cpi.int, PublicAffairs.Unit@icc-cpi.int, New Mt
Moriah Christian Center <newmtmoriah@yahoo.com>, scott.kraft@latimes.com, hector.becerra@latimes.com,
tfitton@judicialwatch.org, caitlin-jean.juricic@mail.house.gov, zach.krakauerganz@mail.house.gov,
lisa_hourihan@mad.uscourts.gov
Bcc: otcolesr38@gmail.com

Dearest Beloved Defendants Tanya Sue Chutkan and Crystal Love , All Praises and Glory to da Almighty Creator
Sovereignty Of da Universe 🙏 👑 💯 Please Vacate , Set-Aside and Strike your Voidable , Unintelligible and
incoherent order for Dismissal Dated January 9, 2026 and List all da Motions that was included in Your Dismissal Order
as there are more than ( 10 ) Motions that you were served with that don't should filed and docketed ! Main subject
matter is SNAP payments Denial by defendants !!! Then submit Letters of Resignations to avoid immediate arrest and
impeachment proceedings Lol 😂 😂 😂" As Always A QUALIFIED RESPONSE IS DEMANDED BY TUESDAY NOON "
" YES KING" Revelation 19: 3-16 ESV  KING Adrian 'daredeemer' Moon -Victim Attorney In Pro Se 🙏 ❤️ 👏 👁 👑 ✋ 👏
⚖️⚖️⚖️✋ 👊 👏 👁 👊 👏🏽 🔫🔫🔫🔫🔫🔫🔫💯

--------- Forwarded message ---------
From: **Crystal Love** <Crystal_Love@dcd.uscourts.gov>
Date: Mon, Jan 12, 2026, 12:05 PM
Subject: RE: MOON VS. SATAN ET.AL. CASE NO. 1: 25-cv03988-TSC " SUPPLEMENTAL EDVIDENCE "
To: Adrian moon <admoon172@gmail.com>
Cc: Chutkan Chambers <Chutkan_Chambers@dcd.uscourts.gov>


Greetings,

Please see the Opinion & Order dismissing this case that was filed on 1/09/2026. A copy was mailed to the
address on file.

Thanks!

Very Respectfully,

7

Crystal Love

Courtroom Deputy to the Honorable Tanya S. Chutkan

U.S. District and Bankruptcy Courts for the District of Columbia

333 Constitution Avenue, N.W. | Washington, D.C. 20001

Phone: (202) 354-3083 | Email: Crystal_Love@dcd.uscourts.gov

Website: http://www.dcd.uscourts.gov



**From:** Adrian moon <admoon172@gmail.com>
**Sent:** Friday, January 9, 2026 6:06 PM
**To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Cc:** Jean-Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>; Angela Caesar
<Angela_Caesar@dcd.uscourts.gov>; Michael Wint <Michael_Wint@dcd.uscourts.gov>; Shedelle Dorsett
<Shedelle_Dorsett@dcd.uscourts.gov>; DCD Clerk of Court Inbox <DCD_ClerkofCourt_Inbox@dcd.
uscourts.gov>; dcd_cmecs_cr@dcd.uscourts.gov; Crystal Love <Crystal_Love@dcd.uscourts.gov>; Chutkan
Chambers <Chutkan_Chambers@dcd.uscourts.gov>; Boasberg Chambers <Boasberg_Chambers@dcd.
uscourts.gov>; contact@hopeoftheworld.org
**Subject:** MOON VS. SATAN ET.AL. CASE NO. 1: 25-cv03988-TSC " SUPPLEMENTAL EDVIDENCE "

**CAUTION - EXTERNAL:**

Dearest Beloved Jean-claude and staff, Please timely file this Supplemental and docketed for immediate adjudication .
Where is 'daredeemer's Summon for Satan da knucklehead Lucifer da fallen Loser ? "As Always A Prompt Qualified
Response Is Requested , Required, And Demanded " AMEN AND AMEN KING Adrian 'daredeemer ' Moon, Attorney In
Pro Se ▲▼🔥⚔🔥⚔⚖⚖⚖👁●🍽🏴🏴🏴🏴🏴🏴🏴🏴💯

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

(2 oF 2)

8

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON**,

      Plaintiff,

v.

      No. 25-cv-3988 (TSC)

**SATAN**, *et al.*,

      Defendants.

## **OPINION & ORDER**

*Pro se* Plaintiff Adrian Damico Moon filed this suit against Satan—a "spiritual being"

also known as "Lucifer da fallen Loser"—and Satan's "underlings,"[1] seeking $7 billion in

damages, a pardon for himself and "Sean 'Puff Daddy' Combs," and various other relief.

Compl. ¶¶ 12, 15, ECF No. 1 (cleaned up). He alleges that Satan and the other Defendants "have

come against [him] with evil, vicious, heinous Hamas Domestic Terrorism;" have "conspired to

Steal" $1 billion dollars in his "Personal and Real Estate Properties;" and have attempted to

"Murder" and "Destroy" him. *Id.* ¶¶ 5, 12. He brings a single count of "Treason" under the

Racketeer Influenced and Corrupt Organizations Act. *Id.* ¶¶ 14, 15. Because the court lacks

jurisdiction over Plaintiff's patently insubstantial claim, it will *sua sponte* DISMISS the case.[2]

---

[1] The other Defendants are President Donald Trump, D.C. Attorney General Brian Schwalb, two officials in the clerk's office of the U.S. District Court for the District of Massachusetts, and their unknown "agents," who Plaintiff refers to as "Does 1 through 350." Compl. ¶¶ 6–10.

[2] Plaintiff also moves to recuse every judge of the U.S. District Court for the District of Columbia and requests the appointment of "Michelle Obama and/or Barack Obama" to serve "as Pro Tem Judge" for the purpose of deciding his case. Pl.'s Mot. to Recuse, ECF No. 13. A federal judge must recuse herself "in any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). "This circuit applies an 'objective' standard: Recusal is required when 'a reasonable and informed observer would question the judge's

Page **1** of **3**

Motion B

Although "*pro se* complaints are held to a less stringent standard than other complaints, even a *pro se* plaintiff bears the burden of establishing that the court has subject-matter jurisdiction." *Carmichael v. Pompeo*, 486 F. Supp. 3d 360, 366 (D.D.C. 2020) (quoting *Curran v. Holder*, 626 F. Supp. 2d 30, 33 (D.D.C. 2009)). Federal courts lack subject-matter jurisdiction over any complaint that is "patently insubstantial," such that it "present[s] no federal question suitable for decision." *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994)); *see also Hagans v. Lavine*, 415 U.S. 528, 536 (1974) ("Over the years this Court has repeatedly held that the federal courts are without power to entertain claims . . . if they are . . . wholly insubstantial, obviously frivolous, [or] plainly unsubstantial[.] (cleaned up)). Claims qualify as "patently insubstantial" if they rely on "any bizarre conspiracy theories" or "any sort of supernatural intervention," such that they are "so attenuated and unsubstantial as to be absolutely devoid of merit." *Best*, 39 F.3d at 330–31 (cleaned up).

Plaintiff's claim relies on a bizarre conspiracy theory involving supernatural intervention. He alleges that "a spiritual being" named Satan has "conspired" with an assortment of government officials to steal $1 billion from him and attempt to "Murder" and "Destroy" him. Compl. ¶¶ 5, 12. These unsupported allegations are so "clearly fanciful" that his claim is "absolutely devoid of merit" and therefore insufficient to invoke this court's jurisdiction. *Best*, 39 F.3d at 331 (cleaned up). The court will therefore *sua sponte* dismiss this case.

---

impartiality.'" *SEC v. Loving Spirit Found.*, 392 F.3d 486, 493 (D.C. Cir. 2004) (quoting *United States v. Microsoft Corp.*, 253 F.3d 34, 114 (D.C. Cir. 2001) (en banc)). The only claim Plaintiff makes in support of his Motion to Recuse is that "it has become apparent that [the judges of this court] are all idiots and worshippers of Satan." Pl.'s Mot. to Recuse at 2. But Plaintiff cites no evidence for his conclusory assertion and the court is aware of none. Accordingly, a reasonable and informed observer would not question the court's impartiality.

Page **2** of **3**

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject-matter jurisdiction and all pending motions are **DENIED**. The Clerk of the Court shall close this case.

      **SO ORDERED.**

Date: January 9, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer'

### 𝔅𝔶 𝔓𝔯𝔬𝔠𝔩𝔞𝔪𝔞𝔱𝔦𝔬𝔫 𝔄𝔫𝔡 𝔇𝔢𝔠𝔯𝔢𝔢 𝔘𝔫𝔡𝔢𝔯 𝔡𝔞 𝔅𝔩𝔬𝔬𝔡 𝔒𝔣 𝔜𝔢𝔰𝔥𝔲𝔞 𝔍𝔢𝔰𝔲𝔰 ℭ𝔥𝔯𝔦𝔰𝔱 𝔡𝔞 𝔐𝔢𝔰𝔰𝔦𝔞𝔥...

1

Adrian Damico Moon,GBN# Chosen one
611 Pennsylvania ave , SE, #310

2

Washington , D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

3

Attorney For Plaintiff In Pro Se

4

5

6

UNITED STATES DISTRICT COURT

7

CIVIL AND CRIMINAL DIVISIONS
IN DA DISTRICT OF COLUMBIA

8

9

**ADRIAN DAMICO MOON,**

    Plaintiff,

10

11

    **vs.**

12

**SATAN ET. AL.**
**DOES/ROES 1-350 INCLUSIVELY ,**

13

    Defendants

14

15

16

Case No. ____1:25-cv-03988-TSC____

Lead Identical Related Case No.:
2:20-cv-02991-DOC , U.S. Cent Dist. Ct.CA
1:23-cv-1972-BAH, U.S. Dist. Ct, D.C.
1:25-cv-01451-ACR. U.S. Dist. Ct. D.C.
1:25-cv-03005-JMC, U.S. Dist. Ct. D.C.
1:25-CR-0087-TSC, U..S. Dist. Ct. D.C.
1:25-cv-02678-ACR, U.S.Dist. Ct. . D.C.
3:25-cv-04870-CRB,  U.S.North.Dist. Ct. CA

**Erroneously Assigned To Defendant Tanya Sue Chutkan, presiding**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

17

**SUPPLEMENTAL EVIDENCE IN SUPORT OF MOTION FOR REHEARING AGAINST ORDER OF JANUARY 9, 2026  AND FOR PRO NUNC TUNC ORDER ( Proposed ) ORDER THEREON**

18

19

**DECLARATION OF ADRIAN DAMICO MOON**

20

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Attorney for Plaintiff In Pro Se ,

21

22

Israelite, chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty

23

names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim

24

and decree as follows,

25

 1.  Defendants Tanya Sue Chutkan and Crystal Love held hearings on January 9, 2026 without

26

'daredeemer' being present on Monday , January 12, 2026 'daredeemer demanded that Defendants

27

Vacate, Set-Aside and Strike their order of January 9, 2026 as voidable, incoherent, and unintelligible,

28

SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION FOR REHEARING AGAINST ORDER OF JANUARY 9, 2026 AND FOR PRO NUNC TUNC ORDER (Proposed) ORDER THEREON  - 1

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

By noon , Tuesday, January 13, 2026 without fail.  See, read , understand and consider attached Motion 1 incorporated by this reference.

2.  Defendants Tanya Sue Chutkan and Crystal Love knew that a Motion to Disqualify All da Judicial officers of da United States District Court, D.C. can **ONLY** be heard by da responsible body da United States Congress[1] Defendants Chutkan and Love are unsuccessful name defendants in several Judicial Misconduct Complaints ( DC-23-90047, DC-25-90037. DC-2590038 ) and named in this instant compliant and are legally precluded from ruling over any matters in this instant case.

3.  'daredeemer' filed a Motion for Defendant Tanya Sue Chutkan to undergo da Full Battery of Mental , Medical , Physical Health and Drug Use Evaluations back on November 11, 2026 immediately after Defendant Chutkan was erroneously ( Judge Shopped ) into this instant case.  Defendant Chutkan has not been da same since her ex-husband Peter kicked her to da curve (poor girl) .  Defendant Chutkan is also not a born citizen of da United States, but born to parents involved with an terrorist organization engaged in activities  to over throw da United States of America and infiltrate National Security. Deportable investigation shall be initiated.

4.  'daredeemer' demands that Defendants Chutkan and Love , Vacate, Set-Aside , and Strike order dated January 9. 2026 as illegal , incoherent, voidable and unintelligible whereby Defendants Chutkan and Love were precluded from legally making any depository rulings and orders in this instant case .

5.  Attached is a PRO NUNC TUNC ORDER TO REPLACE ORDER OF JANUARY 9, 2026 incorporated by this reference.

' daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

DATED: January 13, 2026            by: _____

                                    KING Adrian 'daredeemer' Moon, Attorney In Pro Se

---

[1] **"U.S.CONGRESS:** for permanent removal of an Article III Judge federal Judge ( not just disqualify from a case ) , impeachment by da House and conviction by da Senate is da constitutional mechanism , as Congress has da ultimate power over federal Judges. **In essence:** While a case-specific disqualification starts with a Motion , a mass disqualification would trigger administrative oversight by da Circuit Counsel and ultimately involve Congress for any permanent removal , making it an unprecedented constitutional crisis " Luke 11: 45-54 N.K.J.V. decree of 1611

SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION FOR REHEARING AGAINST ORDER OF JANUARY 9, 2026 AND FOR PRO NUNC TUNC ORDER (Proposed) ORDER THEREON - 2

13

 **Gmail**

**Adrian moon <admoon172@gmail.com>**

## MOON VS. SATAN ET.AL. CASE NO. 1: 25-cv03988-TSC " DEMAND TO VACATE , SET- ASIDE AND STRIKE VOIDABLE ORDER FILED ON JANUARY 9, 2026"

1 message

**Adrian moon** <admoon172@gmail.com>                                    Mon, Jan 12, 2026 at 1:10 PM
To: "Tanya S. Chutkan" <chutkan_chambers@dcd.uscourts.gov>, crystal_love@dcd.uscourts.gov
Cc: boasberg_chambers@dcd.uscourts.gov, brian.schwalb@dc.gov, SAVANNAH_COOK@mad.uscourts.gov,
gail_macdonald@mad.uscourts.gov, ANGELA_CAESAR@dcd.uscourts.gov, Jean-Claude Douyon <jean-
claude_Douyon@dcd.uscourts.gov>, MICHAEL_WINT@dcd.uscourts.gov, shedelle_dorsett@dcd.uscourts.gov, DCD Intake
<dcd_intake@dcd.uscourts.gov>, dcd_clerkofcourt_inbox@dcd.uscourts.gov, andriea_hill@dcd.uscourts.gov,
rebmaselteam@unitedtalent.com, info@judicialwatch.org, info@spacex.com, info@ap.org, info@obama.org,
info@newbetheldc.org, info@epwlawpllc.com, news@axios.com, newsroom@wtop.com, hello@westa.org, hello@wtop.com,
philip.gray@latimes.com, shelby.grad@latimes.com, graham.danzer@dc.gov, Eleanor Norton
<norton.casework@mail.house.gov>, charlona.barringtine@mail.house.gov, BRAD.ROSENBERG@usdoj.gov,
Congresswoman jasmine Crockett <jasmine.crockett@mail.house.gov>, civilandhumanrights@lacity.org,
tabitha.rosenthal@mail.house.gov, kian.k.azimpoor@usdoj.gov, brett.a.shumate@usdoj.gov,
news@washingtoninformer.com, rbass@dcnewsnow.com, WBTPC@yahoo.com, rwhite@dccouncil.gov, otpnewsdesk@icc-
cpi.int, obama.library@nara.gov, liaisonofficeny@icc-cpi.int, OutreachHQ@icc-cpi.int, PublicAffairs.Unit@icc-cpi.int, New Mt
Moriah Christian Center <newmtmoriah@yahoo.com>, scott.kraft@latimes.com, hector.becerra@latimes.com,
tfitton@judicialwatch.org, caitlin-jean.juricic@mail.house.gov, zach.krakauerganz@mail.house.gov,
lisa_hourihan@mad.uscourts.gov
Bcc: otcolesr38@gmail.com

Dearest Beloved Defendants Tanya Sue Chutkan and Crystal Love , All Praises and Glory to da Almighty Creator
Sovereignty Of da Universe 🙏 🌍 📖 💯 Please Vacate , Set-Aside and Strike your Voidable , Unintelligible and
incoherent order for Dismissal Dated January 9, 2026 and List all da Motions that was included in Your Dismissal Order
as there are more than ( 10 ) Motions  that you were served with that don't should filed and docketed ! Main subject
matter is SNAP payments Denial by defendants !!!  Then submit Letters of Resignations to avoid immediate arrest and
impeachment proceedings Lol 🤣 🙈 ☺" As Always A QUALIFIED RESPONSE IS  DEMANDED BY TUESDAY NOON "
" YES KING"  Revelation 19: 3-16 ESV  KING Adrian 'daredeemer' Moon -Victim Attorney In Pro Se 🙏 ❤ 💧 ☻ 🍴 🗡 🙏
🕉️🕉️🕉️✝️🌍🔥☺️●🍴🙏🙏🙏🙏🙏🙏💯

---------- Forwarded message ---------
From: **Crystal Love** <Crystal_Love@dcd.uscourts.gov>
Date: Mon, Jan 12, 2026, 12:05 PM
Subject: RE: MOON VS. SATAN ET.AL. CASE NO. 1: 25-cv03988-TSC " SUPPLEMENTAL EDVIDENCE "
To: Adrian moon <admoon172@gmail.com>
Cc: Chutkan Chambers <Chutkan_Chambers@dcd.uscourts.gov>


Greetings,


Please see the Opinion & Order dismissing this case that was filed on 1/09/2026. A copy was mailed to the
address on file.


Thanks!


Very Respectfully,

*(handwritten: Motion A (2) pages)*
*(handwritten: (1 oF 2))*

14

Crystal Love

Courtroom Deputy to the Honorable Tanya S. Chutkan

U.S. District and Bankruptcy Courts for the District of Columbia

333 Constitution Avenue, N.W. | Washington, D.C. 20001

Phone: (202) 354-3083 | Email: Crystal_Love@dcd.uscourts.gov

Website: http://www.dcd.uscourts.gov



**From:** Adrian moon <admoon172@gmail.com>
**Sent:** Friday, January 9, 2026 6:06 PM
**To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Cc:** Jean-Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>; Angela Caesar <Angela_Caesar@dcd.uscourts.gov>; Michael Wint <Michael_Wint@dcd.uscourts.gov>; Shedelle Dorsett <Shedelle_Dorsett@dcd.uscourts.gov>; DCD Clerk of Court Inbox <DCD_ClerkofCourt_Inbox@dcd.uscourts.gov>; dcd_cmecs_cr@dcd.uscourts.gov; Crystal Love <Crystal_Love@dcd.uscourts.gov>; Chutkan Chambers <Chutkan_Chambers@dcd.uscourts.gov>; Boasberg Chambers <Boasberg_Chambers@dcd.uscourts.gov>; contact@hopeoftheworld.org
**Subject:** MOON VS. SATAN ET.AL. CASE NO. 1: 25-cv03988-TSC " SUPPLEMENTAL EDVIDENCE "


**CAUTION - EXTERNAL:**



Dearest Beloved Jean-claude and staff, Please timely file this Supplemental and docketed for immediate adjudication . Where is 'daredeemer's Summon for Satan da knucklehead Lucifer da fallen Loser ? "As Always A Prompt Qualified Response Is Requested , Required, And Demanded " AMEN AND AMEN KING Adrian 'daredeemer ' Moon, Attorney In Pro Se 🔱♥️🔥🗡️👊⚔️⚖️⚖️⚖️👁️💣💥💥💥💥💥💥💥💯


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

( 2 0F 2 )

15

Motion B

OPINION AND ORDER
dated January 9, 2026

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON**,

      Plaintiff,

v.

**SATAN**, *et al.*,

      Defendants.

No. 25-cv-3988 (TSC)

## OPINION & ORDER

*Pro se* Plaintiff Adrian Damico Moon filed this suit against Satan—a "spiritual being" also known as "Lucifer da fallen Loser"—and Satan's "underlings,"[1] seeking $7 billion in damages, a pardon for himself and "Sean 'Puff Daddy' Combs," and various other relief. Compl. ¶¶ 12, 15, ECF No. 1 (cleaned up). He alleges that Satan and the other Defendants "have come against [him] with evil, vicious, heinous Hamas Domestic Terrorism;" have "conspired to Steal" $1 billion dollars in his "Personal and Real Estate Properties;" and have attempted to "Murder" and "Destroy" him. *Id.* ¶¶ 5, 12. He brings a single count of "Treason" under the Racketeer Influenced and Corrupt Organizations Act. *Id.* ¶¶ 14, 15. Because the court lacks jurisdiction over Plaintiff's patently insubstantial claim, it will *sua sponte* DISMISS the case.[2]

---

[1] The other Defendants are President Donald Trump, D.C. Attorney General Brian Schwalb, two officials in the clerk's office of the U.S. District Court for the District of Massachusetts, and their unknown "agents," who Plaintiff refers to as "Does 1 through 350." Compl. ¶¶ 6–10.

[2] Plaintiff also moves to recuse every judge of the U.S. District Court for the District of Columbia and requests the appointment of "Michelle Obama and/or Barack Obama" to serve "as Pro Tem Judge" for the purpose of deciding his case. Pl.'s Mot. to Recuse, ECF No. 13. A federal judge must recuse herself "in any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). "This circuit applies an 'objective' standard: Recusal is required when 'a reasonable and informed observer would question the judge's

Page **1** of **3**

Motion B

Although "*pro se* complaints are held to a less stringent standard than other complaints, even a *pro se* plaintiff bears the burden of establishing that the court has subject-matter jurisdiction." *Carmichael v. Pompeo*, 486 F. Supp. 3d 360, 366 (D.D.C. 2020) (quoting *Curran v. Holder*, 626 F. Supp. 2d 30, 33 (D.D.C. 2009)). Federal courts lack subject-matter jurisdiction over any complaint that is "patently insubstantial," such that it "present[s] no federal question suitable for decision." *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994)); *see also Hagans v. Lavine*, 415 U.S. 528, 536 (1974) ("Over the years this Court has repeatedly held that the federal courts are without power to entertain claims . . . if they are . . . wholly insubstantial, obviously frivolous, [or] plainly unsubstantial[.] (cleaned up)). Claims qualify as "patently insubstantial" if they rely on "any bizarre conspiracy theories" or "any sort of supernatural intervention," such that they are "so attenuated and unsubstantial as to be absolutely devoid of merit." *Best*, 39 F.3d at 330–31 (cleaned up).

Plaintiff's claim relies on a bizarre conspiracy theory involving supernatural intervention. He alleges that "a spiritual being" named Satan has "conspired" with an assortment of government officials to steal $1 billion from him and attempt to "Murder" and "Destroy" him. Compl. ¶¶ 5, 12. These unsupported allegations are so "clearly fanciful" that his claim is "absolutely devoid of merit" and therefore insufficient to invoke this court's jurisdiction. *Best*, 39 F.3d at 331 (cleaned up). The court will therefore *sua sponte* dismiss this case.

---

impartiality.'" *SEC v. Loving Spirit Found.*, 392 F.3d 486, 493 (D.C. Cir. 2004) (quoting *United States v. Microsoft Corp.*, 253 F.3d 34, 114 (D.C. Cir. 2001) (en banc)). The only claim Plaintiff makes in support of his Motion to Recuse is that "it has become apparent that [the judges of this court] are all idiots and worshippers of Satan." Pl.'s Mot. to Recuse at 2. But Plaintiff cites no evidence for his conclusory assertion and the court is aware of none. Accordingly, a reasonable and informed observer would not question the court's impartiality.

Page **2** of **3**

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject-matter jurisdiction and all pending motions are **DENIED**. The Clerk of the Court shall close this case.

    **SO ORDERED.**

Date: January 9, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON**,

      Plaintiff,

    v.

**SATAN**, *et al.*,

      Defendants.

No. 25-cv-3988 (TSC)

## OPINION & ORDER

After considering Plaintiff Moon's **SUPPLEMENTAL EVIDENCE IN SUPPORT OF OF MOTION FOR RE-HEARING AGAINST ORDER OF JANUARY 9, 2026 AND FOR PRO TUNC NUNC ORDER,**

Accordingly, it is hereby **ORDERED** that **Order dated January 9, 2026 for Dismissal** is hereby Vacated , Set-Aside and Stricken for All Court Records. **It is**

  **FURTHER ORDED** that All and Any Motions filed by Plaintiff Moon in this instant case are hereby **Granted.**

**IT IS SO ORDERED.**

Date: January 9, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

Page 1 of 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON**,

           Plaintiff,

     v.

**SATAN**, *et al.*,

           Defendants.

No. 25-cv-3988 (TSC)

## <u>OPINION & ORDER</u>

*Pro se* Plaintiff Adrian Damico Moon filed this suit against Satan—a "spiritual being" also known as "Lucifer da fallen Loser"—and Satan's "underlings,"[1] seeking $7 billion in damages, a pardon for himself and "Sean 'Puff Daddy' Combs," and various other relief. Compl. ¶¶ 12, 15, ECF No. 1 (cleaned up).  He alleges that Satan and the other Defendants "have come against [him] with evil, vicious, heinous Hamas Domestic Terrorism;" have "conspired to Steal" $1 billion dollars in his "Personal and Real Estate Properties;" and have attempted to "Murder" and "Destroy" him. *Id.* ¶¶ 5, 12.  He brings a single count of "Treason" under the Racketeer Influenced and Corrupt Organizations Act. *Id.* ¶¶ 14, 15.  Because the court lacks jurisdiction over Plaintiff's patently insubstantial claim, it will *sua sponte* DISMISS the case.[2]

---

[1]  The other Defendants are President Donald Trump, D.C. Attorney General Brian Schwalb, two officials in the clerk's office of the U.S. District Court for the District of Massachusetts, and their unknown "agents," who Plaintiff refers to as "Does 1 through 350."  Compl. ¶¶ 6–10.

[2]  Plaintiff also moves to recuse every judge of the U.S. District Court for the District of Columbia and requests the appointment of "Michelle Obama and/or Barack Obama" to serve "as Pro Tem Judge" for the purpose of deciding his case.  Pl.'s Mot. to Recuse, ECF No. 13.  A federal judge must recuse herself "in any proceeding in which [her] impartiality might reasonably be questioned."  28 U.S.C. § 455(a).  "This circuit applies an 'objective' standard: Recusal is required when 'a reasonable and informed observer would question the judge's

Although "*pro se* complaints are held to a less stringent standard than other complaints, even a *pro se* plaintiff bears the burden of establishing that the court has subject-matter jurisdiction." *Carmichael v. Pompeo*, 486 F. Supp. 3d 360, 366 (D.D.C. 2020) (quoting *Curran v. Holder*, 626 F. Supp. 2d 30, 33 (D.D.C. 2009)). Federal courts lack subject-matter jurisdiction over any complaint that is "patently insubstantial," such that it "present[s] no federal question suitable for decision." *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994)); *see also Hagans v. Lavine*, 415 U.S. 528, 536 (1974) ("Over the years this Court has repeatedly held that the federal courts are without power to entertain claims . . . if they are . . . wholly insubstantial, obviously frivolous, [or] plainly unsubstantial[.] (cleaned up)). Claims qualify as "patently insubstantial" if they rely on "any bizarre conspiracy theories" or "any sort of supernatural intervention," such that they are "so attenuated and unsubstantial as to be absolutely devoid of merit." *Best*, 39 F.3d at 330–31 (cleaned up).

Plaintiff's claim relies on a bizarre conspiracy theory involving supernatural intervention. He alleges that "a spiritual being" named Satan has "conspired" with an assortment of government officials to steal $1 billion from him and attempt to "Murder" and "Destroy" him. Compl. ¶¶ 5, 12. These unsupported allegations are so "clearly fanciful" that his claim is "absolutely devoid of merit" and therefore insufficient to invoke this court's jurisdiction. *Best*, 39 F.3d at 331 (cleaned up). The court will therefore *sua sponte* dismiss this case.

---

impartiality.'" *SEC v. Loving Spirit Found.*, 392 F.3d 486, 493 (D.C. Cir. 2004) (quoting *United States v. Microsoft Corp.*, 253 F.3d 34, 114 (D.C. Cir. 2001) (en banc)). The only claim Plaintiff makes in support of his Motion to Recuse is that "it has become apparent that [the judges of this court] are all idiots and worshippers of Satan." Pl.'s Mot. to Recuse at 2. But Plaintiff cites no evidence for his conclusory assertion and the court is aware of none. Accordingly, a reasonable and informed observer would not question the court's impartiality.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject-matter jurisdiction and all pending motions are **DENIED**. The Clerk of the Court shall close this case.

   **SO ORDERED.**


Date: January 9, 2026

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge